UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN FLETCHER,<br><br>Defendant. | Case No. CR19-227RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 122).[1] The Court, having reviewed the motion, records, and files herein, as well as the relevant factors set forth in 18 U.S.C. § 3553(a), DENIES defendant's motion.

"[A]fter considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014) (quoting 18 U.S.C. § 3583(e)(1)). "The expansive phrases 'conduct of the defendant' and 'interest of justice' make clear that a district court enjoys discretion to consider a wide range of circumstances when determining whether to grant early termination." *Id.* (quoting 18 U.S.C. § 3583(e)(1)).

---

[1] Defendant has requested oral argument. Dkt. # 122. The Court concludes that oral argument is unnecessary to its disposition of the motion. *See* Local Rules W.D. Wash. LCR 7(b)(4).

ORDER DENYING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE - 1

1   Here, while the Court commends defendant for the strides he has made during his period
2   of supervision, it concludes that given defendant's recent violations, *see* Dkt. # 123 at 1 (noting
3   that defendant failed to appear for drug testing on or about June 23, 2023, July 21, 2023, and
4   August 18, 2023), and the limited time remaining on his term of supervised release, *see id.*
5   (explaining that defendant's term of supervision is scheduled to expire on October 3, 2023),
6   early termination is not warranted here. Defendant's motion for early termination (Dkt. # 122) is
7   therefore DENIED.
8   The Court finds compelling reasons justify sealing defendant's motion and amended
9   motion containing sensitive information (Dkts. # 120 and 122). Defendant's motions to seal
10  (Dkts. # 119 and 121) are accordingly GRANTED.
11  IT IS SO ORDERED.

13  DATED this 8th day of September, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE - 2